IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN KEITH ALFORD, | : | Case No. 2:22-cv-1652 |
| Plaintiff, | : | District Judge Sarah D. Morrison |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| TOM SCHWEITZER, et al., | : | |
| Defendants. | : | |

# ORDER

The Court previously ordered Plaintiff to pay the required filing fee by September 11, 2022. (Doc. 7.) Plaintiff now moves for an additional 45-day extension of time to pay the fee. ("Motion," Doc. 8.)

For the reasons stated in the Motion, and for good cause shown, the Motion is GRANTED. Plaintiff is hereby **ORDERED** to pay the $402 filing fee within forty-five (45) days of the date this Order is filed. Plaintiff is **WARNED** that failure to timely pay the full fee will result in this case being **DISMISSED**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　*/s/ Caroline H. Gentry*
　　　　　　　　　　　　　　　　　　　　Caroline H. Gentry
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge